# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2014

### NO. 03-13-00749-CR

**Joseph Edward Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 21ST DISTRICT COURT OF BASTROP COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.